UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HORBERT, | No. C 11-3130 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| B. CURRY; et al., | |
| Defendants. | |

This action is dismissed without prejudice to plaintiff filing a civil action for damages if the disciplinary decision he wants to challenge is ever set aside.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 19, 2011  _____
SUSAN ILLSTON
United States District Judge