**United States District Court**
For the Northern District of California

1

2

3

4

5              UNITED STATES DISTRICT COURT

6           NORTHERN DISTRICT OF CALIFORNIA

7

8    MICHAEL HORBERT,                          No. C 11-3130 SI (pr)

9              Plaintiff,                       **JUDGMENT**

10        v.

11   B. CURRY; et al.,

12            Defendants.
                                          /
13

14

15       This action is dismissed without prejudice to plaintiff filing a civil action for damages if

16   the disciplinary decision he wants to challenge is ever set aside.

17

18       IT IS SO ORDERED AND ADJUDGED.

19

20   Dated: September 19, 2011                  _____

21                                              SUSAN ILLSTON
                                                United States District Judge
22

23

24

25

26

27

28