UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL HORBERT,

        Plaintiff,

  v.

B. CURRY et al,

        Defendant.

Case Number: CV11-03130 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 19, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Horbert
T-16675
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960

Dated: September 19, 2011

                            Richard W. Wieking, Clerk
                            By: Tracy Forakis, Deputy Clerk